IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| ELDENE SWANSON, and VAL DEAN SWANSON, | ) 8:04CV537 <br> ) <br> ) |
| Plaintiffs, | ) <br> ) ORDER |
| vs. | ) <br> ) |
| WYETH, INC., WYETH, PHARMACEUTICALS, INC., PFIZER, INC., PHARMACIA & UPJOHN CO., also known as Pharmacia & Upjohn Inc., and GREENSTONE, LTD., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

This matter is before the Court after receipt of the certified copy of conditional transfer order remanding this case back to its respective transferor court.

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, June 27, 2012, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 5th day of June, 2012.

BY THE COURT:

/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court