```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

ELDENE SWANSON and VAL DEAN    )
SWANSON,                       )
                               )
              Plaintiffs,      )         8:04CV537
                               )
       v.                      )
                               )
WYETH PHARMACEUTICALS, INC.,   )         ORDER
PFIZER, INC., PHARMACIA &      )
UPJOHN CO., a/k/a PHARMACIA &  )
UPJOHN, INC., and GREENSTONE,  )
LTD,                           )
                               )
              Defendants.      )
_____ )
```

After a planning conference with counsel,

IT IS ORDERED:

1) Plaintiffs shall have until July 30, 2012, to file an amended complaint.

2) Defendants shall have twenty days after the filing of the amended complaint to answer or otherwise plead.

3) The parties shall have thirty days after the answer is filed to submit their Rule 26(f) report.

DATED this 27th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court