```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

ELDENE SWANSON and VAL DEAN   )
SWANSON,                      )
                              )
              Plaintiffs,     )         8:04CV537
                              )
         v.                   )
                              )
WYETH PHARMACEUTICALS, INC.,  )         ORDER
PFIZER, INC., PHARMACIA &     )
UPJOHN CO., a/k/a PHARMACIA & )
UPJOHN, INC., and GREENSTONE, )
LTD,                          )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on the joint status report (Filing No. 27). The Court has been advised by the parties that they need additional time to finalize documentation of the settlement. Based on the parties' representations,

IT IS ORDERED that all proceedings in this case remain stayed. The parties shall file a joint stipulation of dismissal, or in the alternative, a joint status report advising of the parties' progress on or before July 1, 2013.

DATED this 28th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court