```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

ELDENE SWANSON and VAL DEAN    )
SWANSON,                       )
                               )
                Plaintiffs,    )         8:04CV537
                               )
        v.                     )
                               )
WYETH PHARMACEUTICALS, INC.,   )         ORDER
PFIZER, INC., PHARMACIA &      )
UPJOHN CO., a/k/a PHARMACIA &  )
UPJOHN, INC., and GREENSTONE,  )
LTD,                           )
                               )
                Defendants.    )
_____)
```

This matter is before the Court on the joint status report (Filing No. 29).  The Court has been advised by the parties that they need additional time to finalize documentation of the settlement.  Based on the parties' representations,

IT IS ORDERED that all proceedings in this case remain stayed.  The parties shall file a joint stipulation of dismissal, or in the alternative, a joint status report advising of the parties' progress on or before November 1, 2013.

DATED this 28th day of June, 2013.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court