```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

ELDENE SWANSON and VAL DEAN   )
SWANSON,                      )
                              )
          Plaintiffs,         )         8:04CV537
                              )
     v.                       )
                              )
WYETH PHARMACEUTICALS, INC.,  )         ORDER
PFIZER, INC., PHARMACIA &     )
UPJOHN CO., a/k/a PHARMACIA & )
UPJOHN, INC., and GREENSTONE, )
LTD,                          )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the joint stipulation of dismissal without prejudice (Filing No. 31). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the joint stipulation is approved and adopted. This action is dismissed without prejudice as to all defendants, with each party to bear its own costs and attorneys' fees. All other relief not expressly granted herein is denied.

DATED this 17th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court